UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LADAMIEN LAVELLE MALONE, | ) | CASE NO. 5:23-cv-2273 |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| vs. | ) | **JUDGMENT ENTRY** |
| CITY OF AKRON, et al., | ) | |
| Defendants. | ) | |

For the reasons set forth in the contemporaneously filed memorandum opinion and order, the defendants' motions for summary judgment (Doc. No. 47, Doc. No. 48) are **GRANTED**, and this case is **DISMISSED.**

This case is closed.

**IT IS SO ORDERED**

Dated: August 13, 2025

HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT